AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Sara Osborne Peckham | **JUDGMENT IN A CIVIL CASE** |
| | CASE NUMBER: 11-CV-603 |
| v. | |
| Capital Management Services, LP | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this case is dismissed for failure to prosecute.

Date: July 26, 2012                                    MICHAEL J. ROEMER, CLERK

                                                                     By: s/Diane Radloff
                                                                            Deputy Clerk